IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMANTHA CHILDRESS-HYCHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-53-ECM |
| | ) |
| CAS CAPITAL GROUP, LLC d/b/a | ) |
| SONIC DRIVE-IN RESTAURANTS, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 15) filed on October 29, 2020, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 30th day of October, 2020.

                                              /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE